UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NNEKA GEORGE AND BRIAN CONZELMAN, *on behalf of themselves and all others similarly situated*,<br><br>*Plaintiffs*,<br><br>v.<br><br>TD BANK, N.A., TD AUTO FINANCE LLC, TD BANK US HOLDING COMPANY, AND TORONTO-DOMINION BANK,<br><br>*Defendants*. | Civil Action No.:<br>12-cv-01695-AVC<br><br>March 8, 2013 |

## NOTICE OF VOLUNTARY DISMISSAL

**WHEREAS**, the Plaintiffs have filed certain claims in the above-captioned action and Defendants dispute those claims;

**WHEREAS**, the parties have nonetheless agreed to explore an early resolution to Plaintiffs' claims;

**WHEREAS**, the parties are desirous of expending their resources towards settlement as opposed to litigation;

**WHEREAS**, the parties have scheduled a mediation in an effort to resolve Plaintiffs' claims;

**WHEREAS**, no class action has been certified;

**WHEREAS**, the parties have entered into a tolling agreement so that none of the claims, issues, or defenses of any party are being affected by this dismissal;

**PLAINTIFFS HEREBY**, pursuant to Rule 41(a)(1)(A)(i), voluntarily dismiss the complaint without prejudice.

Dated:   March 8, 2013                            Respectfully submitted,


  s/ J. Nelson Thomas
**GARRISON, LEVIN-EPSTEIN, RICHARDSON, FITZGERALD & PIRROTI, P.C.**
Joseph Garrison, Esq.
405 Orange Street
New Haven, Connecticut 06511
Telephone: (203) 777-4425
jgarrison@garrisonlaw.com

**THOMAS & SOLOMON LLP**
J. Nelson Thomas, Esq. (*pro hac vice admission*)
Sarah M. Born, Esq. (*pro hac vice admission*)
693 East Avenue
Rochester, New York 14607
Telephone: (585) 272-0540
nthomas@theemploymentattorneys.com
sborn@theemploymentattorneys.com

## **CERTIFICATION**

      I hereby certify that on March 8, 2013, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.   Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


                                              s/ J. Nelson Thomas_____
                                              **J. Nelson Thomas**